# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAMAL JAMAI,** | : | **CIVIL NO. 3:15-CV-1756** |
| **Petitioner,** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| **SARAH SALDANA,** *et al.*, | : | |
| **Respondents** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 16th day of October 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

                                                **BY THE COURT:**

                                                **s/James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**